

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-80834-CIV-COHN/SELTZER

PENSION BENEFIT GUARANTY
CORPORATION,

       Plaintiff,

v.

ROBERT MARK ENTERPRISES, INC.,
as Plan Administrator for the Robert
Mark Enterprises, Inc. Pension Trust,

       Defendant.
_____/

## ORDER FOR ENTRY OF DEFAULT JUDGMENT

**THIS CAUSE** is before the Court upon Plaintiff Pension Benefit Guaranty Corporation's ("PBGC") Motion for Entry of Default Judgment against Defendant Robert Mark Enterprises, Inc. ("Robert Mark Enterprises") [DE 10]. On February 29, 2008, a Default was entered as to Robert Mark Enterprises for failure to appear, answer, or otherwise plead to the Complaint within the time required by law. Accordingly, it is

**ORDERED AND ADJUDGED** that a Default Judgment shall be entered in favor of PBGC and against Robert Mark Enterprises. It is further

**ORDERED AND ADJUDGED** that the Pension Plan is terminated pursuant to 29 U.S.C. §1342(c). It is further

**ORDERED AND ADJUDGED** that PBGC is appointed statutory trustee of the Pension Plan pursuant to 29 U.S.C. §1342(c). It is further

**ORDERED AND ADJUDGED** that August 11, 2004 is established as the termination date of the Pension Plan, pursuant to 29 U.S.C. §1348(a)(4). It is further

**ORDERED AND ADJUDGED** that Robert Mark Enterprises, its agents, and any other persons or entities having possession, custody, or control of any records, assets, or other property of the Pension Plan and any documents required to determine the benefits payable to participants of the Pension Plan, shall transfer, convey, and deliver all s uch records, assets, property, and documents to PBGC, pursuant to 29 U.S.C. §1342(d)(1). It is further

**ORDERED AND ADJUDGED** that any pending motions are **DENIED as moot**. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 31st day of March, 2008.

_____
JAMES I. COHN
United States District Judge

Copies provided to:

Counsel of record